Opinion filed November 30, 1936.

Lederer, Livingston, Kahn, Adler & Adsit, for appellant; Harry H. Kahn and Archie H. Siegel, of counsel. Joseph J. Augustus, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Richard L. Whitton, appellee, v. Outdoor Advertising Agency of America, Inc., appellant. Gen. No. 39,108.

Opinion filed November 30, 1936.

Deming, Jarrett & Mulfinger and H. S. Dunmire, for appellant. Patrick L. McArdle and John E. Timm, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Otto W. Schlau, appellant, v. A. A. Mueller, appellee. Gen. No. 38,989.

Opinion filed November 30, 1936.

Siebel & Siebel, for appellant; A. F. W. Siebel and Arthur F. Siebel, of counsel. McCarthy & Toomey, for appellee; John E. Toomey and James C. O'Brien, Jr., of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Alice Galter (Lighter), appellant, v. Louis Galter, appellee. Gen. No. 39,006.

Opinion filed November 30, 1936.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Cohon & Goldstein, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Ella Kolb, appellant, v. Gertrude Kolb, nee Gertrude Gabriel, appellee. Gen. No. 39,050.